GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
EDITH S. SHEA, State Bar No. 177578
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendant
Hartford Life and Annuity Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLENE M. OLER,<br><br>    Plaintiff,<br><br>  vs.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY; CHERYL L. LOVE, Examiner, HARTFORD LIFE AND ANNUITY INSURANCE COMPANY; RENEE LUGO, HARTFORD LIFE AND ANNUITY INSURANCE COMPANY; and DOES 1 through 9,<br><br>    Defendants. | CASE NO.  C 03 3701 VRW<br><br>**STIPULATION FOR THIRTY DAY CONTINUANCE OF TRIAL SCHEDULE** |



/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4887 / 88852.1

1

Case No.  C 03 3701 VRW
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between Plaintiff Charlene M. Oler ("Oler") and Defendant Hartford Life and Annuity Insurance Company ("Hartford"), by and through their respective counsel of record, as follows:

The Court has set the following dates in this matter: fact discovery cut-off - October 31, 2005; last day for hearing motions for summary judgment - December 15, 2005; pre-trial conference - January 17, 2006 at 9:00 a.m.; and trial - February 13, 2006 at 8:30 a.m.

The parties stipulate to and request a thirty day continuance of the currently scheduled dates, because the parties wish to complete a mediation before incurring further litigation costs, and the earliest date when a mediation could be completed is November 16, 2005. The extension requested would allow the parties to postpone further preparation for motions and trial, until after they have explored settlement through a mediation. The extension requested would allow the parties to conserve sources and may help to facilitate settlement, which may be more difficult after further expenses have been incurred in preparation for trial. Accordingly, the parties request that the currently scheduled dates be continued for thirty days.

Wherefore, the parties request that the fact discovery cut-off date be continued from October 31, 2005 to November 30, 2005; that the motion hearing cut-off be continued from December 15, 2005 at 2:00 p.m. to January 19, 2005 at 2:00 p.m.; that the pre-trial conference be continued from January 17, 2005 at

///
///
///
///
///

1  9:00 a.m. to February 21, 2005 at 9:00 a.m.; and that the trial date be continued from
2  February 13, 2006 at 8:30 a.m. to March 13, 2006 at 8:30 a.m.

4      IT IS SO STIPULATED.

6  DATED:  October 21, 2005    OLER & OLER
7      CURTIS G. OLER
    CREIGHTON G. OLER

9      By: /s/ Curtis G. Oler
10      CURTIS G. OLER
    Attorneys for Plaintiff CHARLENE M. OLER

11  DATED:  October  21, 2005    GALTON & HELM LLP
    DANIEL W. MAGUIRE
12      EDITH S. SHEA

14      By: /s/ Edith S. Shea
    EDITH S. SHEA
15      Attorneys for Defendant  HARTFORD LIFE
    AND ANNUITY INSURANCE COMPANY

17  **O R D E R**

19  IT IS HEREBY ORDERED that the fact discovery cut-off date be continued
20  from October 31, 2005 to November 30, 2005; that the motion hearing cut-off be
21  continued from December 15, 2005 at 2:00 p.m. to January 19, 2005 at 2:00 p.m.;
22  that the pre-trial conference be continued from January 17, 2005 at 9:00 a.m. to
23  February 21, 2005 at 9:00 a.m. and that the trial date be continued from February
24  13, 2006 at 8:30 a.m. to ~~March 13, 2006~~ at 8:30 a.m.
25      April 3, 2006 at 8:30 a.m.
26  DATED: _____   _____
27      UNITED STATES DISTRICT COURT JUDGE

4887 / 88852.1    3    Case No.  C 03 3701 VRW
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE