GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
EDITH S. SHEA, State Bar No. 177578
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendant Hartford Life and Annuity Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLENE M. OLER,<br><br>          Plaintiff,<br><br>     vs.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY; CHERYL L. LOVE, Examiner, HARTFORD LIFE AND ANNUITY INSURANCE COMPANY; RENEE LUGO, HARTFORD LIFE AND ANNUITY INSURANCE COMPANY; and DOES 1 through 9,<br><br>          Defendants. | CASE NO.  C 03 3701 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Plaintiff Charlene M. Oler ("Oler") and Defendant Hartford Life and Annuity
2  Insurance Company ("Hartford"), hereby stipulate and request as follows:
3
4  The parties are currently scheduled to participate in a mediation before Mr.
5  Martin Quinn at JAMS in San Francisco on Thursday, December 15, 2005.  (The
6  parties had previously planned to attend a mediation in November but had to
7  reschedule it due to a scheduling conflict.)  The parties are currently scheduled to
8  file motions for partial summary judgment so that they can be heard on or before
9  January 19, 2006.  As such, motions would have to be filed by December 12, 2005,
10 three days before the parties' mediation.  The parties therefore request that the
11 motion hearing date be continued for approximately thirty days, so that the parties
12 have an opportunity to explore settlement prior to incurring the costs for preparation
13 and filing of motions for summary adjudication.  The parties also request this
14 continuance, because they are concerned that it may be more difficult to reach a
15 settlement in this matter after the costs and resources for preparing dispositive
16 motions has been expended.  The parties do not seek a continuance of the Trial and
17 Pre-trial Conference dates in this stipulation.  (The parties previously sought and
18 were granted one extension of the pre-trial dates.)
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4887 / 88852.1

Case No.  C 03 3701 VRW
STIPULATION AND [PROPOSED] ORDER

1  Wherefore, the parties respectfully request that the last day for hearing
2  dispositive motions be continued from January 19, 2006 to February 21, 2006, to
3  allow the parties sufficient time to attempt to resolve this matter, prior to filing
4  motions for summary adjudication.

6  DATED: November 28, 2005      OLER & OLER
                                  CURTIS G. OLER
7                                 CREIGHTON G. OLER

9                                 By: /s/ Curtis G. Oler
                                       CURTIS G. OLER
10                                Attorneys for Plaintiff CHARLENE M. OLER

11 DATED: November 28, 2005      GALTON & HELM LLP
                                  DANIEL W. MAGUIRE
12                                EDITH S. SHEA

14                                By: /s/ Edith S. Shea
                                       EDITH S. SHEA
15                                Attorneys for Defendant HARTFORD LIFE
                                  AND ANNUITY INSURANCE COMPANY

17                            **O R D E R**

19  IT IS HEREBY ORDERED that the hearing date for dispositive motions be
20  continued from January 19, 2006 to ~~February 21, 2006~~.  Feb. 23, 2006 at 2:00 pm

22  DATED: 12/2/2005            _____
23                              UNITED STATES DISTRICT COURT JUDGE



4887 / 88852.1                                    Case No. C 03 3701 VRW
                                                  STIPULATION AND [PROPOSED] ORDER

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-