CURTIS G. OLER, ESQ.
CREIGHTON G. OLER, ESQ.
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA 94115
Tel: (415) 346-8015
Fax: (415) 346-8238

Attorneys for Plaintiff Charlene M. Oler

GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-Mail: dmaguire@galtonhelm.com
EDITH S. SHEA, State Bar No. 177578
E-Mail: eshea@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendant Hartford Life and Accident Insurance Company (erroneously named Hartford Life and Annuity Insurance Company)

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLENE M. OLER,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY<br><br>Defendant. | CASE NO. C 03 3701 VRW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ~~[PROPOSED]~~ ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Charlene M. Oler and Defendant Hartford Life and Accident Insurance Company (erroneously named Hartford Life and Annuity Insurance Company) hereby stipulate, by and through their counsel of record, that the above-referenced case shall be dismissed with prejudice, with the parties to bear their own separate expenses, costs, and attorneys' fees.

DATED: December 28, 2005

OLER & OLER
CURTIS G. OLER
CREIGHTON G. OLER

By: */s/ Curtis G. Oler*
CURTIS G. OLER
Attorneys for Plaintiff Charlene M. Oler

DATED: December 28, 2005

GALTON & HELM LLP
DANIEL W. MAGUIRE
EDITH S. SHEA

By: */s/ Edith S. Shea*
EDITH S. SHEA
Attorneys for Defendant Hartford Life and Accident Insurance Company (erroneously named Hartford Life and Annuity Insurance Company)

**O R D E R**

IT IS HEREBY ORDERED.

DATED: ______________ Dated: December 29, 2005

UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Vaughn R Walker

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-